UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
VINOD PUNDEER,                       :
                                     :          26cv761 (DLC)
                        Plaintiff,   :
                                     :          ORDER
          -v-                        :
                                     :
PAISLEY RESTAURANT, LLC, et al.,     :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     Having received plaintiff's March 17, 2026 filings

affirming that the defendant was served on March 13, 2026, it is

hereby

     ORDERED that the defendant shall file an answer or other

responsive pleading no later than **April 3, 2026.**

     IT IS FURTHER ORDERED that the initial pretrial conference

scheduled for April 3, 2026 at 11:00 a.m. shall be adjourned to

**April 10, 2026** at **11:30 a.m.** in Courtroom 18B at the United

States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:    New York, New York
          March 17, 2026

                                    _____
                                         DENISE COTE
                                    United States District Judge