UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                         :

VINOD PUNDEER,                    :

                         :       26cv761 (DLC)

            Plaintiff,   :

                         :         ORDER

          -v-               :

                         :

PAISLEY RESTAURANT, LLC, et al.,   :

            Defendants.  :

                         :
---------------------------------------- X

DENISE COTE, District Judge:

An Order of March 17, 2026 required defendants to file an answer or other responsive pleading no later than April 3, 2026 and adjourned an initial pretrial conference to April 10, 2026 at 11:30 a.m.  Having received no such answer or responsive pleading by April 3, it is hereby

ORDERED that the the plaintiff may move for a default judgment pursuant to this Court's Individual Practices, no later than **April 17**.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for April 10, 2026 at 11:30 a.m. shall be adjourned sine die.

Dated:    New York, New York
         April 6, 2026

                        _____
                             DENISE COTE
             United States District Judge