UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINOD PUNDEER,

Plaintiff,

-v-

PAISLEY RESTAURANT, LLC, et al.,

Defendants.

26cv761 (DLC)

ORDER

DENISE COTE, District Judge:

Having received the plaintiff's letter of July 7, 2026, it is hereby

ORDERED that a telephone conference is scheduled for **July 9, 2026** at **3:30 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

Dial-in: 1-855-244-8681
Access Code: 2312 042 2648

The parties shall use a landline if one is available.

Dated: New York, New York
July 8, 2026

DENISE COTE
United States District Judge