UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VINOD PUNDEER, Plaintiff, -v- PAISLEY RESTAURANT, LLC, et al., Defendants. | | 26cv761 (DLC) ORDER |

DENISE COTE, District Judge:

A telephone conference was held on July 28, 2026 at 2:30 p.m. to discuss the discovery disputes identified in plaintiff's letter of July 7. For the reasons stated on the record during the conference, it is hereby

ORDERED that defendants shall respond to Interrogatories Nos. 11, 13, and 22, and to Request for Production No. 51 no later than **Friday, July 31, 2026**. Defendants may limit their response to Interrogatory No. 22 to any chefs, including but not limited to sous chefs, hired by Paisley after plaintiff's employment ended and before December 7, 2023.

Dated: New York, New York
July 28, 2026

DENISE COTE
United States District Judge