UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINOD PUNDEER,

Plaintiff,

-v-

PAISLEY RESTAURANT, LLC, et al.,

Defendants.

26cv761 (DLC)

Order

DENISE COTE, District Judge:

On August 7, 2026, Mallika Mendhiratta filed a motion to withdraw as counsel for defendants Paisley Restaurant, LLC and Juthika Bedi. The Court granted the motion on the condition that Ms. Mendhiratta comply with the July 28 Order and notify the Court that she had done so by August 12. The Court did not receive such a notification and defendant Bedi filed a notice of pro se appearance on August 21. As a result, the Court issued an order on August 27 scheduling a September 4 conference so that Ms. Mendhiratta could explain her efforts to comply with the July 28 Order. During the conference on September 4, the plaintiff represented that Ms. Mendhiratta has complied with the July 28 Order. During the same conference, plaintiff also represented that Ms. Mendhiratta notified plaintiff's counsel that the defendants had retained other counsel. While Bedi, a natural person, may represent herself, Paisley Restaurant, LLC, a corporation, must be represented by an attorney in federal

court. United States v. Twenty Miljam-350 IED Jammers, 669 F.3d 78, 91 (2d Cir. 2011). Accordingly, it is hereby

ORDERED that Ms. Mendhiratta's motion to withdraw as counsel for defendants is granted.

IT IS FURTHER ORDERED that any new counsel for the defendants must file a notice of appearance on ECF by **September 18, 2026.** If new counsel for defendant Bedi does not do so, it will be assumed that Bedi is proceeding pro se, that is, without counsel. If no attorney files a notice of appearance on behalf of the corporate defendant by **September 18, 2026**, a default will be entered against Paisley Restaurant, LLC.

IT IS FURTHER ORDERED that plaintiff's counsel, Roshan Shah, shall promptly serve this Order on the defendants and file an affidavit of service on the docket.

Dated: New York, New York
September 4, 2026

DENISE COTE
United States District Judge