Case 1:26-cv-00761-DLC Document 40 Filed 10/14/26 Page 1 of 1

SHAH LAW GROUP

Roshan D. Shah | Managing Partner
rshah@shahlg.com
P: 732-398-6544 | F: 732-576-0027

October 14, 2026

**VIA CM/ECF ONLY**
Hon. Denise L. Cote, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Pundeer v. Paisley Restaurant, LLC, et al.**
**Civil Action No. 26-761 (DLC)**

Dear Judge Cote:

This Firm represents plaintiff Vinod Pundeer in the above-referenced matter. Both defendants have now secured counsel. Our Firm spoke with defense counsel, Junyoung Cho, Esq., about commencing depositions. However, we respectfully request permission to submit a joint scheduling order for Your Honor's review, as all of the deadlines have been compromised due to the defendants switching counsel. If the Court is amenable, we will meet and confer with Mr. Cho and submit a proposed scheduling order within five business days. Alternatively, we respectfully request a scheduling conference with Your Honor.

If Your Honor has any questions or concerns, please contact me. Thank you.

Respectfully submitted,

***/s/Roshan D. Shah***

ROSHAN D. SHAH, ESQ.

c: Junyoung Cho, Esq.

A proposed scheduling order is due 11/5/26.

Denise Cote
10/14/26